## CARAVELLA v. GOODMAN, ET AL.
(Decided May 11, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

No counsel marked for appellant. W. K. BROWN, for appellee.

BROWN, J.—Affirmed for want of assignment of error.

---

## CITY OF TUSCALOOSA v. BRADFORD.
(Decided May 11, 1915. Rehearing denied June 30, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

BROWN & WARD, and OLIVER, VERNER & RICE, for appellant. CLARKSON & MORRISETTE, for appellee.

PELHAM, P. J.—Reversed and remanded on authority of *City of Tuscaloosa v. Hill, infra,* 69 South. 486.

---

## CLANTON DRUG CO. v. MONTAG BROS.
(Decided April 13, 1915.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of prosecution.

---

## COLLIER v. CITY OF BIRMINGHAM.
(Decided April 20, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

R. D. COFFMAN, for appellant. ROMAINE BOYD, and J. P. MUDD, for appellee.

Per curiam. Affirmed on certificate. .